IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

```
PAUL LANAKILA CAMPOS,             )   CIV. NO. 07-00454 HG-KSC
                                  )
             Plaintiff,           )
                                  )
     vs.                          )
                                  )
LINDA LINGLE, CLAYTON FRANK,      )
KAY BOWMAN, ALAN NOUCHI,          )
WALTER KANAMU, JENIFER LNU,       )
PEDRO LNU, BRIAN ABAC, TODD       )
FRIAS, SHELLY LNU, UNKNOWN        )
DAVIS, BRIAN MANSANO, DIANE       )
CUNNINGHAM, MOKE RYAN, GAIL       )
M., CHARLEY THOMAS, UNKNOWN       )
TAYLOR, JOHN DOES 1-10, JANE      )
DOES 1-10, A.C.O. SGT.            )
CULLEN, A.C.O. D. JOSIAH,         )
ACO DACUYCUY, FRANK LOPEZ,        )
JUNE TAVARES,                     )
                                  )
             Defendants.          )
_____   )
```

**ORDER ADOPTING FEBRUARY 29, 2008 FINDINGS AND RECOMMENDATION TO GRANT DEFENDANTS' MOTION TO SET ASIDE DEFAULT AND FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR RECONSIDERATION**
**AND**
**DENYING DEFENDANTS' OBJECTIONS THERETO**

On February 29, 2008 the Magistrate Judge entered a Finding and Recommendation that Defendants' Motion to Set Aside Default be granted as to all defendants named in the amended answer, and that Plaintiff's Motion for Reconsideration be denied. (Doc. 116, "F&R".)  The Magistrate Judge's Order also denied Plaintiff's Motion for Entry of Default Judgment.  On March 7, 2008, the Defendants filed objections to the F&R (Doc. 131.)

**STANDARD OF REVIEW**

A magistrate judge may be assigned to prepare findings and recommendations for a district judge on a pretrial matter that is dispositive of a claim. Fed. R. Civ. P. 72(b). If a party to the proceedings objects to the magistrate judge's findings or recommendations, the district court must review de novo those portions to which objection is made. See United States v. Raddatz, 447 U.S. 667, 673 (1980); Fed. R. Civ. P. 72(b). The district court may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate judge, or recommit the matter to the magistrate

De novo review means the district court must consider the matter anew, as if it had not been heard before and as if no decision previously had been rendered. See Ness v. Commissioner, 954 F.2d 1495, 1497 (9th Cir. 1992). The district court must arrive at its own independent conclusion about those portions to which objections are made, but a de novo hearing is not required. United States v. Remsing, 874 F.2d 614, 617-18 (9th Cir. 1989).

**ANALYSIS**

The Court adopts the F&R to grant Defendants' Motion to Set Aside Default and to deny Plaintiff's Motion for Reconsideration. The Court denies the objections thereto filed by Defendants.

The Court does not consider the F&R's discussion of the Defendants' attorney to be disparaging. The Court considers the

Magistrate Judge's observation to be instructive as to the expectations of the Court for compliance with the Federal Rules of Civil Procedure, the Local Rules, and court practices in pro se prisoner civil cases.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

**CONCLUSION**

For the foregoing reasons,

(1) the Magistrate Judge's February 29, 2008 FINDINGS AND RECOMMENDATION TO GRANT DEFENDANTS' MOTION TO SET ASIDE DEFAULT and FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR RECONSIDERATION (Doc. 116) are **ADOPTED;** and

(2) Defendants' "Objections to Findings and Recommendations to Grant Defendants' Motion to Set Aside Default; Findings and Recommendation to Deny Plaintiff's Motion for Reconsideration; and Order Denying Plaintiff's Motions for Default Judgment, filed February 29, 2008" (Doc. 131) are **DENIED**.

IT IS SO ORDERED.

DATED: April 4, 2008, Honolulu, Hawaii.



/s/ Helen Gillmor
Chief United States District Judge

---

*Campos v. Lingle, et al.*, Civ. No. 07-454 HG-KSC; **ORDER ADOPTING FEBRUARY 29, 2008 FINDINGS AND RECOMMENDATION TO GRANT DEFENDANTS' MOTION TO SET ASIDE DEFAULT AND FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR RECONSIDERATION AND DENYING DEFENDANTS' OBJECTIONS THERETO**